No. 18,318.

COLORADO STATE BOARD OF EXAMINERS OF ARCHITECTS, ET
AL. *v.* ROGER A. REEVES.
(315 P. [2d] 200)

Decided September 9, 1957.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK
E. HICKEY, Deputy, Mrs. PATRICIA H. MALOY, Assistant,
Mr. SAMUEL R. FREEMAN, Assistant, for plaintiffs in error.

Messrs. DONALDSON, HOFFMAN & GOLDSTEIN, for defendant in error.

*En Banc.*

MR. JUSTICE SUTTON delivered the opinion of the Court.

THIS action is identical upon the facts and the pro-
cedure followed in *Colorado State Board of Examiners
of Architects, et al. v. Marshall,* No. 18,316, decided this
date.

For the reasons therein stated this writ of error is
dismissed.

MR. JUSTICE HOLLAND and MR. JUSTICE DAY not par-
ticipating.